United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Harold A. McElroy, | NO. C 04-02852 JW |
| Plaintiff, | |
| v. | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| Lockheed Martin Corporation Salaried Retirement Program, et al., | |
| Defendants. | |
| _____ / | |

In light of the Court's Order Denying Defendants' Motion for Summary Judgment and Granting Plaintiff's Cross-Motion for Summary Judgment (Docket No. 29), the preliminary pretrial conference currently scheduled for November 14, 2005, is vacated.

Dated: November 2, 2005             /s/ James Ware
04eciv2852vac                       JAMES WARE
                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Constantin V. Roboostoff cvr1@earthlink.net
Joanne Renee Carlson Joanne.Carlson@sdma.com
Rebecca A. Hull rebecca.hull@sdma.com

**Dated: November 2, 2005**          **Richard W. Wieking, Clerk**

                                     **By:_/s/ JW Chambers_____**
                                     **Ronald L. Davis**
                                     **Courtroom Deputy**