IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Harold McElroy, | NO. C 04-02852 JW |
| Plaintiff, | |
| v. | **ORDER DIRECTING FURTHER BRIEFING RE: PLAINTIFF'S PROPOSED JUDGMENT** |
| Lockheed Martin Corporation Salaried Retirement Program, et al., | |
| Defendants. | |

On November 2, 2005, this Court granted Plaintiff's motion for summary judgment, and directed Plaintiff to submit a proposed judgment. Defendants have objected to Plaintiff's proposed judgment on the following grounds: (1) the applicability of the judgment to Lockheed Martin Corporation, (2) that the award should take into account the amount of $2,035 per month that Plaintiff has already been paid each month since retirement, (3) prejudgment interest is inappropriate in this case, and (4) attorneys fees are inappropriate in this case. Plaintiff is directed to file a responsive briefing of no more than 10 pages detailing his position on these issues no later than January 9, 2006. Defendants' reply of no more than 10 pages should be filed with this Court no later than January 16, 2005. Upon receipt of the parties' briefing, this matter will be deemed submitted on the papers pursuant to Civil Local Rule 7-1 (b).

Dated: December 1, 2005

04eciv2852briefjudg

    /s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Constantin V. Roboostoff cvr1@earthlink.net
Joanne Renee Carlson Joanne.Carlson@sdma.com
Rebecca A. Hull rebecca.hull@sdma.com

**Dated: December 1, 2005**          **Richard W. Wieking, Clerk**

                              **By:__/s/ JW Chambers_____**
                                 **Ronald L. Davis**
                                 **Courtroom Deputy**