SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA HULL  Bar No. 99802
JULIA MOLANDER Bar No. 83839
One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
Lockheed Martin Corporation Retirement Plan for Certain Salaried Employees (incorrectly sued as Lockheed Martin Corporation Salaried Retirement Program) and Lockheed Martin Corporation

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harold A. McElroy,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Lockheed Martin Corporation Salaried Retirement Program, Lockheed Martin Corporation,<br><br>　　　　Defendants | CASE NO. C 04 02852 JW/RS<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

The parties, through their respective counsel, stipulate to extend the briefing schedule, set by the court in its order of December 1, 2005, by three weeks. This will allow the parties to continue settlement discussions. It will also allow plaintiff's counsel time to recover from a medical procedure. The new dates for briefing are January 30, 2006 for plaintiff's brief and February 6, 2006 for defendants' reply brief. The other provisions of the court's December 1, 2005 order will remain in effect.

DATED: December 21, 2005　　　　　　　Sedgwick, Detert, Moran & Arnold LLP


By: *Julia A. Molander*
　　Julia A. Molander
　　Attorneys for Defendants

-1-　　　　　　　　　　　　　　　　　CASE NO. C 04 02852 JW/RS
Stipulation and Order Extending Briefing Schedule

SF/1307072v1

DATED: December 21, 2005

Roboostoff & Kalkin

By: _____
Constantin V. Roboostoff
Attorneys for Plaintiff

IT IS SO ORDERED.

DATED: December 28, 2005

_____
Hon. James Ware
Judge, United States District Court