SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA HULL  Bar No. 99802
One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
Lockheed Martin Corporation Retirement Plan for Certain Salaried Employees (incorrectly sued as Lockheed Martin Corporation Salaried Retirement Program) and Lockheed Martin Corporation

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Harold A. McElroy,<br><br>          Plaintiff,<br><br>     v.<br><br>Lockheed Martin Corporation Salaried Retirement Program, Lockheed Martin Corporation,<br><br>          Defendants | CASE NO. C 04 02852 JW/RS<br><br>**STIPULATED JUDGMENT** |
|---|---|

In accordance with the court's Order Denying Defendants' Motion for Summary Judgment and Granting Plaintiff's Cross-Motion for Summary Judgment, dated November 2, 2005, the parties stipulate to Judgment, solely as against Lockheed Martin Corporation Retirement Plan for Certain Salaried Employees ("Lockheed Retirement Plan"), as follows:

The Lockheed Retirement Plan will commence paying plaintiff Harold McElroy an additional $690 per month in pension benefits, for a total of $2,725 per month, from February 1, 2006, until such time as plaintiff is no longer eligible for pension benefits.

No other amounts, including but not limited to interest, costs, and attorneys fees, are or may be awarded pursuant to this Judgment, except that in an action to enforce the Judgment, the prevailing party may be awarded reasonable attorneys fees.

| | |
|---|---|
| 1 | Dated: January 13, 2006 |
| 2 | ROBOOSTOFF & KALKIN |
| 4 | By: _____ |
| | Constantin V. Roboostoff |
| 6 | Dated: January 24, 2006 |
| 7 | SEDGWICK, DETERT, MORAN & ARNOLD |
| 9 | By: _____ |
| | Julia A. Molander |
| 11 | IT IS SO ORDERED: |
| 13 | Dated: January 26, 2006 |
| 15 | _____ |
| 16 | Hon. James Ware |
| | Judge, United States District Court |

SF/1299895v1

-2-
STIPULATED JUDGMENT

CASE NO. C 04 02852 JW/RS